**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STEVE CUMMINGS,**

           **Plaintiff,**

**-vs-**                                                      **Case No. 6:07-cv-748-Orl-22UAM**

**GEORGE BUSH, JR., RICHARD CHENEY, DAN BARTLETT, KARL ROVE, CABLE NEWS NETWORK, INC., LARRY KING,**

_____

**ORDER**

This cause is before the Court on the Application to Proceed Without Prepayment of Fees (Doc. No. 3) filed on May 1, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied, and that the complaint be dismissed as being frivolous.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 14, 2007 (Doc. No. 5) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed Without Prepayment of Fees (Doc. No. 3) is DENIED, and the Complaint is hereby DISMISSED as frivolous.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 5, 2007.

Copies furnished to:

United States Magistrate Judge
Steve Cummings, *pro se*

ANNE C. CONWAY
United States District Judge